IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:18-CV-00150-FDW-DSC

| | |
|---|---|
| AMY O'BRIEN HARTNESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ABT INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Joint Motion for Stay of District Court Proceedings" (document # 4) filed September 25, 2018.

The Motion is **DENIED**.

The Clerk is directed to send copies of this Order to counsel of record <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: September 25, 2018

David S. Cayer
United States Magistrate Judge